**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

NICOLE MOTTO                                                                                              PLAINTIFF

v.                                          No. 4:11CV00058 JLH

STATE FARM FIRE & CASUALTY COMPANY                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 13th day of June, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE